Fred Soldwick, as Administrator, etc., Respondent, v. Dunkirk Ice and Fuel Company, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

Maud Maybee, Respondent, v. Buffalo Maple Flooring Company, Appellant. — Appeal dismissed, without costs, upon stipulation filed.

In the Matter of the Application of Charles O. Roberts and Others for the Removal of Thomas J. Acheson as Supervisor of the Town of Philadelphia, Jefferson County, New York.— Motion denied. Time of hearing or adjournment left to the discretion of referee. Any additional time referee desires for making report will be granted on his application.

The Northern Lumber Company, Respondent, v. A. Roberson and Son, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Harlow C. Curtiss, Appellant, Respondent, v. George R. Teller, Respondent, Appellant.— Order, so far as appealed from by plaintiff, reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs; order affirmed, so far as appealed from by defendant. All concurred, except McLennan, P. J., and Robson, J., who dissented and voted for affirmance.

Hiram Thurston, Respondent, v. Empire Engineering Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Albert J. Bennett, Appellant, v. J. Neal Stout, Respondent. — Order, so far as appealed from, reversed, with ten dollars costs and disbursements, and motion to change venue denied, with ten dollars costs, without prejudice to another motion to change venue when the issue is finally settled. All concurred.

Hinman S. Taylor, Respondent, v. Jenkins Motor Car Company, Appellant.— Judgment affirmed, with costs. All concurred.

In the Matter of the Probate of the Last Will and Testament of William Beever, Deceased. Carl Beever and Otto Beever, Appellants; J. B. King, the Executor Named, etc., Respondent.— Decree affirmed, with costs against appellants. All concurred.

Frank A. Jones, Appellant, v. New Amsterdam Casualty Company, Respondent.— Judgment affirmed, with costs. All concurred, except Spring, J., who dissented upon the ground that the injuries inflicted upon the plaintiff were accidental within the meaning of the provision of the policy, that the notice was served and the action commenced in time.

Louis J. Davis, Respondent, v. Louis Hurwitz, Appellant. — Judgment affirmed, with costs. All concurred, except Spring and Williams, JJ., who dissented upon the ground that the quantity of stock purchased by the defendant from the plaintiff should have been determined by the actual weights made instead of from the inventory.

William S. McMillan, Appellant, v. William F. Williams, Respondent.—Judgment affirmed, with costs. All concurred.

Ira B. Cary and Mary A. Brown, Appellants, v. Robert S. Bice, Individually and as Executor, etc., of Fannie L. Bice, Deceased, Respondent.— Judgment, so far as appealed from, affirmed, with costs. All concurred, except Williams and Robson, JJ., who dissented upon the ground of errors in the rejection and reception of evidence.